■ ANGELA DELEO, Plaintiff, and DENNIS SHANNON, Appellant, v FEDERAL EXPRESS CORPORATION et al., Respondents. [28 NYS3d 622]—In an action to recover damages for personal injuries, the plaintiff Dennis Shannon appeals from an order of the Supreme Court, Queens County (McDonald, J.), entered January 16, 2015, which denied his motion for summary judgment on the issue of liability.

Ordered that the appeal is dismissed as academic, without costs or disbursements, in light of our determination on a related appeal from an order of the Supreme Court, Queens County, entered September 30, 2015 (*see Deleo v Federal Express Corp.*, 138 AD3d 913 [2016] [decided herewith]). Hall, J.P., Cohen, LaSalle and Connolly, JJ., concur.